1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  MIKAYLA ANDERSON

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIGHTED STATES OF AMERICA,    )
                                  ) Case No. 6:15-mj-00092-MJS
12              Plaintiff,         )
                                  ) STIPULATION TO CONTINUE STATUS
13 vs.                            ) CONFERENCE TO JULY 7, 2016; ORDER
                                  )
14 MIKAYLA ANDERSON,              ) DATE:   July 7, 2016
                                  ) TIME:   10:00 a.m.
15              Defendant.         ) JUDGE:  Hon. Michael J. Seng
                                  )
16 _____ )

17      **IT IS HEREBY STIPULATED**, by and between the parties through their respective

18 counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for defendant Mikayla Anderson, that the status

20 conference set for March 9, 2016, be continued to July 7, 2016, at 10:00 a.m.

21      The parties have reached a resolution in this case. Under the terms of the agreement, Ms.

22 Anderson will attend one Alcoholics Anonymous meeting per week and obey all laws for the

23 next three months. If she complies, the government will move to dismiss the Criminal

24 Complaint and issue a bailable citation for a violation of 36 C.F.R. § 2.35(c).

25      Thus, the parties respectfully request that the Court continue the status conference

26 currently scheduled for March 9, 2016, for approximately four months. If Ms. Anderson has

27 complied, the government will move to dismiss the Criminal Complaint before the next hearing.

28 / / /

Respectfully submitted,

Date: March 3, 2016        */s/ Matthew McNease*
                           MATTHEW MCNEASE
                           Yosemite Legal Officer
                           Counsel for the Plaintiff

                           HEATHER E. WILLIAMS
                           Federal Defender

Date: March 3, 2016        */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           MIKAYLA ANDERSON

**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the status conference in *United States v. Mikayla Anderson*, case number 6:15-mj-00092-MJS, is hereby continued to July 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 4, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE