Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MIKAYLA ANDERSON,<br><br>         Defendant. | No. 6:15-mj-092-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. The Government reached an alternative resolution with defendant whereby a bailable citation has been issued and paid.

Dated: July 26, 2016                    NATIONAL PARK SERVICE


                                         /S/ Matthew McNease_____
                                         Matthew McNease
                                         Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Mikayla Anderson,* 6:15-mj-092-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   July 28, 2016           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE

.